No. 86-1333. NATIONAL ELEVATOR INDUSTRY, INC. *v.* INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS. C. A. 5th Cir. Certiorari denied.

No. 86-1344. SROUR *v.* UNITED ARAB EMIRATES. C. A. 2d Cir. Certiorari denied.

No. 86-1348. CHINAKOOL *v.* TRUSTEES OF THE CALIFORNIA STATE UNIVERSITIES AND COLLEGES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 86-1355. CHIRPICH *v.* MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 86-1360. CONSTELLATION LINES, S. A., ET AL. *v.* KARVELIS. C. A. 2d Cir. Certiorari denied.

No. 86-1361. REYNOLDS *v.* VON BULOW, BY HER NEXT FRIENDS, AUERSPERG ET AL. C. A. 2d Cir. Certiorari denied.

No. 86-1365. SHAW *v.* WINTER, SHERIFF. C. A. 9th Cir. Certiorari denied.

No. 86-1367. ADAM ET AL. *v.* BROTHERHOOD RAILWAY CARMEN OF THE UNITED STATES AND CANADA ET AL. C. A. 2d Cir. Certiorari denied.

No. 86-1369. MATTINGLY *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 86-1372. SOBERATS *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 86-1375. HARVEY *v.* HOLT OIL & GAS CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 86-1378. HANIL BANK *v.* MICHELMAN, TRUSTEE. C. A. 9th Cir. Certiorari denied.

No. 86-1379. MOYER *v.* PETTY, SHERIFF. C. A. 6th Cir. Certiorari denied.

No. 86-1385. AL-FASSI *v.* AL-FASSI. Ct. App. Cal., 2d App. Dist. Certiorari denied.